IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 07 2024

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 3:24-cr-72-DPJ-LGI

ANGELIQUE LEE

## ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Information and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshals Service and/or the United States Attorney's Office shall make copies of the Information, summons, and any related documents available to other federal, state, and local law enforcement agencies who request the same as needed to facilitate the service of the Defendant with the Information and summons.

ORDERED this 7th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE