IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:24-CR-72-DPJ-LGI

ANGELIQUE LEE

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters her appearance as counsel for the United States of America:

> Kimberly T. Purdie
> Assistant U.S. Attorney
> 501 E. Court Street, Ste 4.430
> Jackson, MS 39201
> Ph: (601) 965-4480
> Fax: (601) 965-4409
> Mississippi Bar No. 104168
> E-mail: kimberly.purdie@usdoj.gov

Service of all pleadings, papers, and documents required to be served in this action should also be served on the above-named appearing counsel for the Government.

THIS, the 7th day of August 2024.

Respectfully submitted,

TODD W. GEE
United States Attorney

By: *Kimberly Purdie*
KIMBERLY T. PURDIE
Assistant U.S. Attorney
501 E. Court Street, Ste 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Fax: (601) 965-4409
Mississippi Bar No. 104168